```
1  JONATHON T. TICHY (Bar No. 8692)
   PRINCE YEATES & GELDZAHLER, P.C.
2  175 East 400 South, Suite 900
   Salt Lake City, Utah  84111
3  Telephone:  (801) 524-1000
   Facsimile:  (801) 524-1099
4  Email: jtt@princeyeates.com

5  Attorneys for Receiver
```

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>        Plaintiff,<br><br>        v.<br><br>**INFUSION MEDIA, INC.,**<br>        a corporation, also<br>        d/b/a Google Money Tree,<br>        Google Pro,<br>        Internet Income Pro, and<br>        Google Treasure Chest;<br><br>**WEST COAST INTERNET MEDIA, INC.,**<br>        a corporation, also<br>        d/b/a Google Money Tree,<br>        Google Pro,<br>        Internet Income Pro, and<br>        Google Treasure Chest;<br><br>**TWO WARNINGS, LLC,**<br>        a limited liability company;<br><br>**TWO PART INVESTMENTS, LLC,**<br>        a limited liability company,<br><br>**PLATINUM TELESERVICES, INC.,**<br>        a corporation;<br><br>**JONATHAN EBORN,**<br>        Individually and as an officer of<br>        Infusion Media, Inc.,<br>        Two Warnings, LLC,<br>        Two Part Investments, LLC, and<br>        West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL<br><br>**ORDER: (1) ACCEPTING AND APPROVING THE RECEIVER'S THIRD DECLARATION AND REPORT; AND (2) AUTHORIZING PAYMENT OF FEES AND COSTS**<br><br><br>Judge: Gloria M. Navarro<br><br>[Submitted Electronically] |

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

                  Defendants.

This matter came before the Court on the *Receiver's Third Declaration and Report and Motion for Authorization of Payment of Fees and Costs* (the "**Third Declaration and Report**"). In the Third Declaration and Report, Robert G. Wing, as the duly-appointed Receiver of the corporate Defendants in this action, seeks entry of an order: (1) approving the Third Declaration and Report; (2) authorizing payment from the receivership estate of $17,786.10 to the Receiver and Prince, Yeates & Geldzahler, for services rendered and costs incurred from January 1, 2010 through May 31, 2010; (3) authorizing payment from the receivership estate of $51,633.65 to PwC, for services rendered and costs incurred from January 1, 2010 through May 31, 2010; and, (4) authorizing payment from the receivership estate of $21,865.88 to RMA, for services rendered and costs incurred from January 1, 2010 through May 31, 2010;.

Having reviewed the Third Declaration and Report and the invoices of Prince, Yeates & Geldzahler, PricewaterhouseCoopers, and Rocky Mountain Advisory attached thereto, determined that notice of the Third Declaration and Report and this proposed Order were timely served on all parties to this proceeding and that the fees and costs of the Receiver, Prince Yeates

/ / /
/ / /

-2-

& Geldzahler, PricewaterhouseCoopers and Rocky Mountain Advisors were reasonably and necessarily incurred for the benefit of the receivership estate, and for other good cause appearing, it is hereby

ORDERED that:

A. The Third Declaration and Report is accepted and approved; and

B. Pursuant to section XX of the Court's *Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other Equitable Relief* the Receiver may pay, from the liquid assets of the Receivership Defendants or the receivership estate:

1. $17,786.10 to the Receiver and Prince, Yeates & Geldzahler, for services rendered and costs incurred from January 1, 2010 through May 31, 2010;

2. $51,633.65 to PwC, for services rendered and costs incurred from January 1, 2010 through May 31, 2010; and,

3. $21,865.88 to RMA, for services rendered and costs incurred from January 1, 2010 through May 31, 2010.

DATED this 29th day of June, 2010.

_____
Gloria M. Navarro
United States District Judge