JONATHON T. TICHY (Bar No. 8692)
PRINCE YEATES & GELDZAHLER, P.C.
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 524-1000
Facsimile: (801) 524-1099
Email: jtt@princeyeates.com

Attorneys for Receiver

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>     Plaintiff,<br><br>     v.<br><br>**INFUSION MEDIA, INC.,**<br>     a corporation, also<br>     d/b/a Google Money Tree,<br>     Google Pro,<br>     Internet Income Pro, and<br>     Google Treasure Chest;<br><br>**WEST COAST INTERNET MEDIA, INC.,**<br>     a corporation, also<br>     d/b/a Google Money Tree,<br>     Google Pro,<br>     Internet Income Pro, and<br>     Google Treasure Chest;<br><br>**TWO WARNINGS, LLC,**<br>     a limited liability company;<br><br>**TWO PART INVESTMENTS, LLC,**<br>     a limited liability company,<br><br>**PLATINUM TELESERVICES, INC.,**<br>     a corporation;<br><br>**JONATHAN EBORN,**<br>     Individually and as an officer of<br>     Infusion Media, Inc.,<br>     Two Warnings, LLC,<br>     Two Part Investments, LLC, and<br>     West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL<br><br>**ORDER GRANTING<br>MOTION OF RECEIVER FOR<br>APPROVAL OF SETTLEMENT WITH<br>P.A.C FOR UTAH'S FUTURE**<br><br><br>**FILED UNDER SEAL** |

|   |   |
|---|---|
| 1 | |
| 2 | **STEPHANIE BURNSIDE** Individually and as an officer of Two Warnings, LLC, |
| 3 | Two Part Investments, LLC, and West Coast Internet Media, Inc.; |
| 4 | |
| 5 | **MICHAEL McLAIN MILLER,** Individually and as an officer of Infusion Media, Inc., |
| 6 | Two Warnings, LLC, and Two Part Investments, LLC; and |
| 7 | |
| 8 | **TONY NORTON,** Individually and as an officer of Platinum Teleservices, Inc., |
| 9 | |
| 10 | Defendants. |

The Court, having reviewed the Motion of Receiver for Approval of Settlement with the P.A.C. for Utah's Future (the "Motion") and supporting memorandum, and based thereon and for good cause showing;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED; and

2. The Settlement Agreement and General Release of All Claims between the Receiver Robert G. Wing and the P.A.C. for Utah's Future is APPROVED.

DATED this 13th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

-2-