UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) Case No.: 2:09-cv-01112-GMN-LRL |
| vs. | ) |
| INFUSION MEDIA, INC., et al. | ) **ORDER** |
| Defendants. | ) ) |

Pending before the Court is a Motion for an Order Releasing the Frozen Account of Evolved Technology (ECF No. 67), filed by the Receiver, Robert G. Wing. For the reasons that follow, the Court will grant this motion.

## DISCUSSION

According to the Local Rules of Practice in this Court, responses to a motion must be served by an opposing party within fourteen days after service of the motion. D. Nev. R. 7-2(a). "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." D. Nev. R. 7-2(d); *see Obiajulu v. Rite Aid Headquarters Corp.*, No. 2:07-cv-1287-KJD-LRL, 2010 WL 3168054, at *1 (D. Nev. Aug. 9, 2010).

Mr. Wing electronically filed his Motion on CM/ECF on August 13, 2010, thereby serving all parties to the lawsuit; thus, all other parties were required to respond no later than August 30, 2010. However, no parties have filed a response.

Under the Local Rules, such a failure to respond is tantamount to the other parties agreeing that Mr. Wing's motion should be granted. Accordingly, and for good cause shown, the Court grants Mr. Wing's Motion for an Order Releasing the Frozen Account of Evolved Technology.

**CONCLUSION**

IT IS HEREBY ORDERED that Robert G. Wing's Motion for an Order Releasing the Frozen Account of Evolved Technology (ECF No. 67) is GRANTED. The account of Evolved Technology, LLC with Wells Fargo Bank shall no longer be subject to the receivership asset freeze in the present matter and that account shall be released to Evolved Technology, LLC.

DATED this 5th day of October 2010.

_____
Gloria M. Navarro
United States District Judge