1   JONATHON T. TICHY (8692)
    PRINCE YEATES & GELDZAHLER, P.C.
2   175 East 400 South, Suite 900
    Salt Lake City, Utah  84111
3   Telephone:  (801) 524-1000
    Facsimile:  (801) 524-1099
4   Email:  jtt@princeyeates.com

5   Attorneys for Receiver

6              **IN THE UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
7

8   **FEDERAL TRADE COMMISSION,**          Case No. 2:09-cv-01112-GMN-LRL

9                        Plaintiff,         **ORDER: (1) ACCEPTING AND**
                                            **APPROVING THE RECEIVER'S**
10                 v.                        **FOURTH DECLARATION AND**
                                            **REPORT; AND (2) AUTHORIZING**
11  **INFUSION MEDIA, INC.,**               **PAYMENT OF FEES AND COSTS**
            a corporation, also
12          d/b/a Google Money Tree,
            Google Pro,
13          Internet Income Pro, and
            Google Treasure Chest;          Judge: Gloria M. Navarro
14
15  **WEST COAST INTERNET MEDIA,**          [Submitted Electronically]
    **INC.,**
16          a corporation, also
            d/b/a Google Money Tree,
17          Google Pro,
            Internet Income Pro, and
18          Google Treasure Chest;

19  **TWO WARNINGS, LLC,**
            a limited liability company;
20
21  **TWO PART INVESTMENTS, LLC,**
            a limited liability company,

22  **PLATINUM TELESERVICES, INC.,**
            a corporation;
23
24  **JONATHAN EBORN,**
            Individually and as an officer of
25          Infusion Media, Inc.,
            Two Warnings, LLC,
26          Two Part Investments, LLC, and
            West Coast Internet Media, Inc.;

27

28

1
2
3
4
5
6
7
8
9
10
11

**STEPHANIE BURNSIDE**
  Individually and as an officer of
  Two Warnings, LLC,
  Two Part Investments, LLC, and
  West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
  Individually and as an officer of
  Infusion Media, Inc.,
  Two Warnings, LLC, and
  Two Part Investments, LLC; and

**TONY NORTON,**
  Individually and as an officer of
  Platinum Teleservices, Inc.,

    Defendants.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

   This matter came before the Court on the *Receiver's Fourth Declaration and Report and Motion for Authorization of Payment of Fees and Costs* (the "**Fourth Declaration and Report**").  In the Fourth Declaration and Report, Robert G. Wing, as the duly-appointed Receiver of the corporate Defendants in this action, seeks entry of an order: (1) approving the Fourth Declaration and Report; (2) authorizing payment from the receivership estate of $30,049.03  to the Receiver and Prince, Yeates & Geldzahler, for services rendered and costs incurred from June 1, 2010 through October 15, 2010; and (3) authorizing payment from the receivership estate of $8,610.75 to RMA, for services rendered and costs incurred from June 1, 2010 through October 15, 2010.

   Having reviewed the Fourth Declaration and Report and the invoices of Prince, Yeates & Geldzahler and Rocky Mountain Advisory attached thereto, determined that notice of the Fourth Declaration and Report and this proposed Order were timely served

27
28

on all parties to this proceeding, and that the fees and costs of the Receiver, Prince Yeates & Geldzahler, and Rocky Mountain Advisors, were reasonably and necessarily incurred for the benefit of the receivership estate, and for other good cause appearing, it is hereby

ORDERED that:

A.      The Fourth Declaration and Report is accepted and approved; and

B.      Pursuant to section XX of the Court's *Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other Equitable Relief* the Receiver may pay, from the liquid assets of the Receivership Defendants or the receivership estate:

1.      $30,049.03  to the Receiver and Prince, Yeates & Geldzahler for services rendered and costs incurred from June 1, 2010 through October 15, 2010; and,

2.      $8,610.75to RMA, for services rendered and costs incurred from June 1, 2010 through October 15, 2010.

IT IS SO ORDERED this 23rd day of November, 2010.

_____
Gloria M. Navarro
United States District Judge