1  JONATHON T. TICHY (8692)
   PRINCE YEATES & GELDZAHLER, P.C.
2  175 East 400 South, Suite 900
   Salt Lake City, Utah  84111
3  Telephone:  (801) 524-1000
   Facsimile:  (801) 524-1099
4  Email:  jtt@princeyeates.com

5  Attorneys for Receiver

6           **IN THE UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
7

8  **FEDERAL TRADE COMMISSION**,          Case No. 2:09-cv-01112-GMN-LRL

9              Plaintiff,

10              v.

11 **INFUSION MEDIA, INC.,**
           a corporation, also
12         d/b/a Google Money Tree,
           Google Pro,
13         Internet Income Pro, and
           Google Treasure Chest;
14
   **WEST COAST INTERNET MEDIA,**         **ORDER GRANTING RECEIVER'S**
15 **INC.,**                              **MOTION FOR APPROVAL OF SALE**
           a corporation, also            **OF CERTAIN RECEIVERSHIP**
16         d/b/a Google Money Tree,       **ASSETS AND PAYMENT OF**
           Google Pro,                    **BUSINESS CHARGES**
17         Internet Income Pro, and
           Google Treasure Chest;
18
   **TWO WARNINGS, LLC,**
19         a limited liability company;            Judge: Gloria M. Navarro
20 **TWO PART INVESTMENTS, LLC,**
21         a limited liability company,            [Submitted Electronically]

22 **PLATINUM TELESERVICES, INC.,**
           a corporation;
23
   **JONATHAN EBORN,**
24         Individually and as an officer of
           Infusion Media, Inc.,
25         Two Warnings, LLC,
           Two Part Investments, LLC, and
26         West Coast Internet Media, Inc.;

27

28

1

2

3

**STEPHANIE BURNSIDE**
     Individually and as an officer of
     Two Warnings, LLC,

4

     Two Part Investments, LLC, and
     West Coast Internet Media, Inc.;

5

6

**MICHAEL McLAIN MILLER,**
     Individually and as an officer of
     Infusion Media, Inc.,

7

     Two Warnings, LLC, and
     Two Part Investments, LLC; and

8

9

**TONY NORTON,**
     Individually and as an officer of
     Platinum Teleservices, Inc.,

10

              Defendants.

11

12

     Having considered the Receiver's Motion for Approval of Sale of Certain

13

14

Receivership Assets and Payment of Business Charges, and reviewed all related filings

15

and supporting documentation, and for good cause appearing,

16

     IT IS HEREBY ORDERED that the Receiver's Motion for Approval of Sale of

17

Certain Receivership Assets and Payment of Business Charges is GRANTED, and it is

18

hereby further ORDERED that:

19

20

     (1)    the Receiver is authorized to sell the following Receivership assets as

21

indicated:

22

          a.  Defendant Michael McLain Miller's ("Defendant Miller") gun

23

24

              collection (identified in Item 20 of the FTC Financial Statement

25

              questionnaire), to be sold back to Defendant Miller for the amount of

26

              $2,500.00.  The gun collection consists of the following:

27

28

i.  Armalite AR 50 with Leupold scope and accessories

ii.  Sig .566 SWAT

iii.  Benelli Super Black Eagle II 12 Gauge

iv.  Ruger 10/22

v.  Yugo 7.62x39 with folding stock

vi.  Hi Point 9mm Carbine w/scope

vii.  Glock 23 40SW with tritium sights

viii.  Springfield XD(m) 40SW Limited

ix.  Puma model 92 .44 mag carbine

b.  Defendant Stephanie Burnside's ("Defendant Burnside") 2008 Infiniti FX35 4x4, Vehicle Identification Number JNR AS08WX8X210535 and Utah title number UT8712155, to be sold to Defendant Jonathan Eborn ("Defendant Eborn") for $3,250.00;

c.  Defendant Miller's 2004 Nissan Titan Crew Cab 4x4, Vehicle Identification Number 1N6AA07BX4N585815 currently titled to the Receiver as Utah title number UT10516998 to be sold to a private party for $8,000.00; and

(2)    the Receiver is authorized to pay certain American Express business-related charges incurred by Defendants Burnside, Miller, and Eborn in June 2009 totaling approximately $33,650.00.  The remaining charges on the June 2009 American Express statement shall be paid by Defendants Burnside, Miller, and Eborn individually.

-3-

1    SIGNED this 17th day of December, 2010.

2

3    _____

4    Gloria M. Navarro
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -4-