1  JONATHON T. TICHY (8692)
   PRINCE YEATES & GELDZAHLER, P.C.
2  175 East 400 South, Suite 900
   Salt Lake City, Utah 84111
3  Telephone: (801) 524-1000
   Facsimile: (801) 524-1099
4  Email: jtt@princeyeates.com

5  Attorneys for Receiver

6  **IN THE UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:09-cv-01112-GMN-LRL |
| Plaintiff, | |
| v. | |
| **INFUSION MEDIA, INC.,** a corporation, also d/b/a Google Money Tree, Google Pro, Internet Income Pro, and Google Treasure Chest; | |
| **WEST COAST INTERNET MEDIA, INC.,** a corporation, also d/b/a Google Money Tree, Google Pro, Internet Income Pro, and Google Treasure Chest; | **ORDER GRANTING RECEIVER'S MOTION FOR ORDER APPROVING PAYMENT TO LYON FINANCIAL** |
| **TWO WARNINGS, LLC,** a limited liability company; | Judge: Gloria M. Navarro |
| **TWO PART INVESTMENTS, LLC,** a limited liability company, | [Submitted Electronically] |
| **PLATINUM TELESERVICES, INC.,** a corporation; | |
| **JONATHAN EBORN,** Individually and as an officer of Infusion Media, Inc., Two Warnings, LLC, Two Part Investments, LLC, and West Coast Internet Media, Inc.; | |

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

        Defendants.

Having considered the Receiver's Motion for Order Approving Payment to Lyon Financial, and having reviewed all related filings and supporting documentation, and for good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Motion for Order Approving Payment to Lyon Financial is GRANTED, and it is hereby further ORDERED that payment by the Receiver to Lyon Financial Services, Inc. in the amount of $50,000.00 from the funds currently held by the Receivership Estate is approved.

SIGNED this 17th day of December, 2010.

_____
Gloria M. Navarro
United States District Judge

-2-