1  JONATHON T. TICHY (8692)
   PRINCE YEATES & GELDZAHLER, P.C.
2  175 East 400 South, Suite 900
   Salt Lake City, Utah  84111
3  Telephone:  (801) 524-1000
   Facsimile:  (801) 524-1099
4  Email:  jtt@princeyeates.com

5  Attorneys for Receiver

6  **IN THE UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
7

8  **FEDERAL TRADE COMMISSION**,          Case No. 2:09-cv-01112-GMN-LRL

9          Plaintiff,

10         v.

11 **INFUSION MEDIA, INC.,**
           a corporation, also
12         d/b/a Google Money Tree,
           Google Pro,
13         Internet Income Pro, and
           Google Treasure Chest;

14
   **WEST COAST INTERNET MEDIA,**
15 **INC.,**                             **ORDER GRANTING RECEIVER'S**
           a corporation, also           **MOTION FOR APPROVAL OF**
16         d/b/a Google Money Tree,       **PROPOSAL FOR SALE OF**
           Google Pro,                    **RECEIVERSHIP ASSET**
17         Internet Income Pro, and
           Google Treasure Chest;

18
   **TWO WARNINGS, LLC,**
19         a limited liability company;   Judge: Gloria M. Navarro

20 **TWO PART INVESTMENTS, LLC,**
           a limited liability company,   [Submitted Electronically]
21

22 **PLATINUM TELESERVICES, INC.,**
           a corporation;
23
   **JONATHAN EBORN,**
24         Individually and as an officer of
           Infusion Media, Inc.,
25         Two Warnings, LLC,
           Two Part Investments, LLC, and
26         West Coast Internet Media, Inc.;

27

28
                        Page 1 of 2

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

        Defendants.

Having considered the Receiver's Motion for Approval of Proposal for Sale of Receivership Asset, and having reviewed all related filings and supporting documentation, and for good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Motion for Approval of Proposal for Sale of Receivership Asset is GRANTED, and it is hereby further ORDERED that:

(1) the Receiver is authorized to sell the 2005 Harley-Davidson motorcycle forfeited by Defendant Michael McClain Miller by way of a consignment sale through Timpanogas Harley-Davidson for a 10% commission.

(2) the Receiver is authorized to set the final sales price in consultation with the dealership based on the dealership's expert recommendation and current market conditions, etc.

DATED this 7th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge

Page 2 of 2