JONATHON T. TICHY (8692)
PRINCE YEATES & GELDZAHLER, P.C.
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 524-1000
Facsimile: (801) 524-1099
Email: jtt@princeyeates.com

Attorneys for Receiver

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INFUSION MEDIA, INC.,** <br>   a corporation, also <br>   d/b/a Google Money Tree, <br>   Google Pro, <br>   Internet Income Pro, and <br>   Google Treasure Chest; <br><br> **WEST COAST INTERNET MEDIA, INC.,** <br>   a corporation, also <br>   d/b/a Google Money Tree, <br>   Google Pro, <br>   Internet Income Pro, and <br>   Google Treasure Chest; <br><br> **TWO WARNINGS, LLC,** <br>   a limited liability company; <br><br> **TWO PART INVESTMENTS, LLC,** <br>   a limited liability company, <br><br> **PLATINUM TELESERVICES, INC.,** <br>   a corporation; <br><br> **JONATHAN EBORN,** <br>   Individually and as an officer of <br>   Infusion Media, Inc., <br>   Two Warnings, LLC, <br>   Two Part Investments, LLC, and <br>   West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL <br><br> **ORDER: (1) ACCEPTING AND APPROVING THE RECEIVER'S FIFTH DECLARATION AND REPORT; AND (2) AUTHORIZING PAYMENT OF FEES AND COSTS** <br><br><br> Judge: Gloria M. Navarro <br><br> [Submitted Electronically] |

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

        Defendants .

This matter came before the Court on the *Receiver's Fifth Declaration and Report and Motion for Authorization of Payment of Fees and Costs* (the "Fifth Declaration and Report"). In the Fifth Declaration and Report, Robert G. Wing, the duly-appointed Receiver of the business entity Defendants in this action, seeks entry of an order: (1) approving the Fourth Declaration and Report; (2) authorizing payment from the receivership estate of $32,594.58 to the Receiver and Prince, Yeates & Geldzahler, for services rendered and costs incurred from October 16, 2010 through January 31, 2011; and (3) authorizing payment from the receivership estate of $2,634.38 to Rocky Mountain Advisory, for services rendered and costs incurred from October 16, 2010 through January 31, 2011.

Having reviewed the Fifth Declaration and Report and the invoices of Prince, Yeates & Geldzahler and Rocky Mountain Advisory attached thereto, and determining

-2-

that notice of the Fifth Declaration and Report and this proposed Order were timely served on all parties to this proceeding, and that the fees and costs of the Receiver, Prince Yeates & Geldzahler, and Rocky Mountain Advisory, were reasonably and necessarily incurred for the benefit of the receivership estate, and for other good cause appearing, it is hereby

ORDERED that:

A.   The Fifth Declaration and Report is accepted and approved; and

B.   Pursuant to section XX of the Court's *Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other Equitable Relief* the Receiver may pay, from the liquid assets of the Receivership Defendants or the receivership estate:

1.   $32,594.58 to the Receiver and Prince, Yeates & Geldzahler for services rendered and costs incurred from October 16, 2010 through January 31, 2011; and,

2.   $2,634.38 to Rocky Mountain Advisory, for services rendered and costs incurred from October 16, 2010 through January 31, 2011.

DATED this 7th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge