JONATHON T. TICHY (8692)
PRINCE YEATES & GELDZAHLER, P.C.
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 524-1000
Facsimile: (801) 524-1099
Email: jtt@princeyeates.com

Attorneys for Receiver

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**INFUSION MEDIA, INC.,**<br>　　　a corporation, also<br>　　　d/b/a Google Money Tree,<br>　　　Google Pro,<br>　　　Internet Income Pro, and<br>　　　Google Treasure Chest;<br><br>**WEST COAST INTERNET MEDIA, INC.,**<br>　　　a corporation, also<br>　　　d/b/a Google Money Tree,<br>　　　Google Pro,<br>　　　Internet Income Pro, and<br>　　　Google Treasure Chest;<br><br>**TWO WARNINGS, LLC,**<br>　　　a limited liability company;<br><br>**TWO PART INVESTMENTS, LLC,**<br>　　　a limited liability company,<br><br>**PLATINUM TELESERVICES, INC.,**<br>　　　a corporation;<br><br>**JONATHAN EBORN,**<br>　　　Individually and as an officer of<br>　　　Infusion Media, Inc.,<br>　　　Two Warnings, LLC,<br>　　　Two Part Investments, LLC, and<br>　　　West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL<br><br><br><br><br>**ORDER GRANTING RECEIVER'S SECOND MOTION FOR APPROVAL OF PROPOSAL FOR SALE OF RECEIVERSHIP ASSET**<br><br><br>Judge: Gloria M. Navarro<br><br>[Submitted Electronically] |

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

    Defendants.

Having considered the Receiver's Second Motion for Approval of Proposal for Sale of Receivership Asset, and having reviewed all related filings and supporting documentation, and for good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Second Motion for Approval of Proposal for Sale of Receivership Asset is GRANTED, and it is hereby further ORDERED that:

(1) the Receiver is authorized to sell Defendant Michael McLain Miller's fractional ownership interest in the 2008 Super Air Nautique 230 tow boat forfeited to the Receivership Estate in a private sale to a prospective buyer identified by the remaining co-owners of the watercraft for a sales price of $20,000.

**IT IS SO ORDERED** this 7th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

-2-