1   JONATHON T. TICHY (8692)
    PRINCE YEATES & GELDZAHLER, P.C.
2   175 East 400 South, Suite 900
    Salt Lake City, Utah  84111
3   Telephone:  (801) 524-1000
    Facsimile:  (801) 524-1099
4   Email:  jtt@princeyeates.com

5   Attorneys for Receiver

6              **IN THE UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
7

8   **FEDERAL TRADE COMMISSION,**              Case No. 2:09-cv-01112-GMN-LRL

9                   Plaintiff,                 **ORDER: (1) ACCEPTING AND**
                                               **APPROVING THE RECEIVER'S**
10          v.                                 **SIXTH DECLARATION AND**
                                               **REPORT; AND (2) AUTHORIZING**
11  **INFUSION MEDIA, INC.,**                  **PAYMENT OF FEES AND COSTS**
            a corporation, also
12          d/b/a Google Money Tree,
            Google Pro,
13          Internet Income Pro, and
            Google Treasure Chest;            Judge: Gloria M. Navarro
14
15  **WEST COAST INTERNET MEDIA,**
    **INC.,**                                 [Submitted Electronically]
            a corporation, also
16          d/b/a Google Money Tree,
            Google Pro,
17          Internet Income Pro, and
            Google Treasure Chest;
18
19  **TWO WARNINGS, LLC,**
            a limited liability company;
20
    **TWO PART INVESTMENTS, LLC,**
21          a limited liability company,

22  **PLATINUM TELESERVICES, INC.,**
            a corporation;
23
    **JONATHAN EBORN,**
24          Individually and as an officer of
            Infusion Media, Inc.,
25          Two Warnings, LLC,
            Two Part Investments, LLC, and
26          West Coast Internet Media, Inc.;

27

28

**STEPHANIE BURNSIDE**
Individually and as an officer of
Two Warnings, LLC,
Two Part Investments, LLC, and
West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
Individually and as an officer of
Infusion Media, Inc.,
Two Warnings, LLC, and
Two Part Investments, LLC; and

**TONY NORTON,**
Individually and as an officer of
Platinum Teleservices, Inc.,

Defendants .

This matter came before the Court on the *Receiver's Sixth Declaration and Report and Motion for Authorization of Payment of Fees and Costs* (the "Sixth Declaration and Report").  In the Sixth Declaration and Report, Robert G. Wing, the duly-appointed Receiver of the business entity Defendants in this action, seeks entry of an order: (1) approving the Fourth Declaration and Report; (2) authorizing payment from the receivership estate of $18,869.77 to the Receiver and Prince, Yeates & Geldzahler, for services rendered and costs incurred from  February 1, 2011 through May 15, 2011; and (3) authorizing payment from the receivership estate of $1,565.45 to Rocky Mountain Advisory, for services rendered and costs incurred from February 1, 2011 through May 15, 2011.

Having reviewed the Sixth Declaration and Report and the invoices of Prince, Yeates & Geldzahler and Rocky Mountain Advisory attached thereto, and determining

that notice of the Sixth Declaration and Report and this proposed Order were timely served on all parties to this proceeding, and that the fees and costs of the Receiver, Prince Yeates & Geldzahler, and Rocky Mountain Advisory, were reasonably and necessarily incurred for the benefit of the receivership estate, and for other good cause appearing, it is hereby

ORDERED that:

A.      The Sixth Declaration and Report is accepted and approved; and

B.      Pursuant to section XX of the Court's *Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other Equitable Relief* the Receiver may pay, from the liquid assets of the Receivership Defendants or the receivership estate:

1.      $18,869.77 to the Receiver and Prince, Yeates & Geldzahler for services rendered and costs incurred from February 1, 2011 through May 15, 2011;  and,

2.      $1,565.45 to Rocky Mountain Advisory, for services rendered and costs incurred from February 1, 2011 through May 15, 2011.

**DATED** this 1st day of July, 2011.

_____
Gloria M. Navarro
United States District Judge

-3-