DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INFUSION MEDIA, INC., et al.<br><br>　　　　Defendants. | Case No. 2:09-cv-01112-GMN-LRL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

　　　　Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Benjamin J. Theisman and Katherine Johnson to practice before this honorable Court in all matters relating to the above-captioned case.

　　　　Mr. Theisman and Ms. Johnson are attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Theisman is a member in good standing of the Bar of the District of Columbia (Bar No. 498308). Ms. Johnson is a member in good standing of the Bar of the District of Columbia (Bar No. 497321).

The following contact information is provided to the Court:

Benjamin J. Theisman
Katherine Johnson
Federal Trade Commission
Bureau of Consumer Protection, Division of Enforcement
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Phone 202.326.2223; 202-326-2185  Fax 202.326.2558
btheisman@ftc.gov; kjohnson3@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Benjamin J. Theisman and Katherine Johnson to practice before this honorable Court.

DATED this 6th day of September 2011.

                                          Respectfully submitted,

                                          DANIEL G. BOGDEN
                                          United States Attorney

                                          */s/ Blaine T. Welsh*
                                          BLAINE T. WELSH
                                          Assistant United States Attorney

**IT IS SO ORDERED** this 7th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge