1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12

13  FEDERAL TRADE COMMISSION        )
                                    )
14              Plaintiff,          )
                                    )
15       v.                         )  Case No. 2:09-cv-01112-GMN-LRL
                                    )
16  INFUSION MEDIA, INC., et al.    )
                                    )
17              Defendants.         )
                                    )
18

19     **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

20          Pursuant to LR IA 10-3, the United States of America respectfully requests that

21  this honorable Court permit Benjamin J. Theisman and Katherine Johnson to practice before this

22  honorable Court in all matters relating to the above-captioned case.

23       Mr. Theisman and Ms. Johnson are attorneys with the Federal Trade Commission, an

24  agency of the federal government. Mr. Theisman is a member in good standing of the Bar of the

25  District of Columbia (Bar No. 498308). Ms. Johnson is a member in good standing of the Bar of

26  the District of Columbia (Bar No. 497321).

The following contact information is provided to the Court:

Benjamin J. Theisman
Katherine Johnson
Federal Trade Commission
Bureau of Consumer Protection, Division of Enforcement
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Phone 202.326.2223; 202-326-2185  Fax 202.326.2558
btheisman@ftc.gov; kjohnson3@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Benjamin J. Theisman and Katherine Johnson to practice before this honorable Court.

DATED this 6th day of September 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED** this 7th day of September, 2011.

Gloria M. Navarro
United States District Judge