JONATHON T. TICHY (8692)
PRINCE YEATES & GELDZAHLER, P.C.
175 East 400 South, Suite 900
Salt Lake City, Utah  84111
Telephone:  (801) 524-1000
Facsimile:  (801) 524-1099
Email: jtt@princeyeates.com

Attorneys for Receiver

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>**INFUSION MEDIA, INC.,**<br>　　a corporation, also<br>　　d/b/a Google Money Tree,<br>　　Google Pro,<br>　　Internet Income Pro, and<br>　　Google Treasure Chest;<br><br>**WEST COAST INTERNET MEDIA, INC.,**<br>　　a corporation, also<br>　　d/b/a Google Money Tree,<br>　　Google Pro,<br>　　Internet Income Pro, and<br>　　Google Treasure Chest;<br><br>**TWO WARNINGS, LLC,**<br>　　a limited liability company;<br><br>**TWO PART INVESTMENTS, LLC,**<br>　　a limited liability company,<br><br>**PLATINUM TELESERVICES, INC.,**<br>　　a corporation;<br><br>**JONATHAN EBORN,**<br>　　Individually and as an officer of<br>　　Infusion Media, Inc.,<br>　　Two Warnings, LLC,<br>　　Two Part Investments, LLC, and<br>　　West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL<br><br>**ORDER: (1) ACCEPTING AND APPROVING THE RECEIVER'S FINAL DECLARATION AND REPORT; (2) AUTHORIZING TRANSFER OF RECEIVERSHIP FUNDS; AND (3) AUTHORIZING PAYMENT OF FEES AND COSTS**<br><br>Judge: Gloria M. Navarro<br><br>[Submitted Electronically] |

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

               Defendants .

This matter comes before the Court on the Receiver's Motion for an Order (1) Accepting and Approving the Receiver's Final Declaration and Report; (2) Authorizing Transfer of Receivership Funds; and (3) Authorizing Payment of Fees and Costs (the "Motion").

Having reviewed the Motion, along with the Receiver's (1) *Final Declaration and Report* ("Declaration and Report") and (2) *Application for Payment of Fees and Costs* ("Application"), and having determined that Notice of the Declaration and Report was timely delivered to all known creditors and that no objections to the Declaration and Report or Application were lodged and having concluded that the fees and costs of the Receiver, Prince Yeates & Geldzahler, and Rocky Mountain Advisors as requested in the Application, were reasonably and necessarily incurred for the benefit of the receivership estate, and for other good cause appearing, it is hereby ORDERED that:

A.  The Final Declaration and Report is accepted and approved;

B.  The Receiver is authorized to pay from the Receivership's accounts:

1.  $13,561.65 to the Receiver and Prince, Yeates & Geldzahler for services rendered and costs incurred from May 15, 2011, through August 15, 2011; and

2.  $2,238.25 to Rocky Mountain Advisory, for services rendered and costs incurred from May 15, 2011, through August 15, 2011;

C.  The Receiver is authorized to retain $100,000.00 from the Receivership accounts for follow-up work for as long as necessary, but not to exceed a period of one (1) year and shall file periodic supplemental reports informing the Court of his efforts and requesting the payment of fees and costs; and

D.  Having paid and/or retained funds from the Receivership accounts as directed herein, the Receiver is then authorized and directed to transfer all remaining funds to the Federal Trade Commission or its designated agent to reduce the monetary judgment entered by this Court.

**DATED** this 19th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

-3-