DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INFUSION MEDIA, INC.*, et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:09-cv-01112-GMN-VCF |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Michael J. Davis to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Davis is an attorney with the Federal Trade Commission, an agency of the federal government. Mr. Davis is a member in good standing of the State Bar of New York (Bar No. 3049095).

1

The following contact information is provided to the Court:

> Michael J. Davis
> Federal Trade Commission
> Bureau of Consumer Protection, Division of Enforcement
> 600 Pennsylvania Ave. NW, M-8102B
> Washington, DC 20580
> Phone 202.326.2458     Fax 202.326.2558
> mdavis@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Michael J. Davis to practice before this honorable Court.

DATED this 12th day of July 2012.

                Respectfully submitted,

                DANIEL G. BOGDEN
                United States Attorney

                */s/ Blaine T. Welsh*
                BLAINE T. WELSH
                Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 13, 2012

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Jonathon T. Tichy
Robert G. Wing
Price, Yeates & Geldzahler
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
jtt@princeyeates.com

*Attorneys for Receiver Robert G. Wing*


Ogonna Atamoh
Richard F. Holley
Santoro Driggs walch Kearney, et al
400 S Fourth Street, Third Floor
Las Vegas, Nevada 89101
oatamoh@nevadafirm.com; rholley@nevadafirm.com

*Attorneys for Infusion Media, Inc.*


DATED this 12th day of July 2012.


                                       */s/ Blaine T. Welsh*
                                       BLAINE T. WELSH
                                       Assistant United States Attorney