| | |
|---|---|
| 1  JONATHON T. TICHY (8692)<br>PRINCE YEATES & GELDZAHLER, P.C.<br>2  15 West South Temple, Suite 1700<br>Salt Lake City, Utah  84101<br>3  Telephone:  (801) 524-1000<br>Facsimile:  (801) 524-1098<br>4  Email:  jtt@princeyeates.com<br><br>5  Attorneys for Receiver | |

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>             Plaintiff,<br><br>      v.<br><br>**INFUSION MEDIA, INC.,**<br>     a corporation, also<br>     d/b/a Google Money Tree,<br>     Google Pro,<br>     Internet Income Pro, and<br>     Google Treasure Chest;<br><br>**WEST COAST INTERNET MEDIA, INC.,**<br>     a corporation, also<br>     d/b/a Google Money Tree,<br>     Google Pro,<br>     Internet Income Pro, and<br>     Google Treasure Chest;<br><br>**TWO WARNINGS, LLC,**<br>     a limited liability company;<br><br>**TWO PART INVESTMENTS, LLC,**<br>     a limited liability company,<br><br>**PLATINUM TELESERVICES, INC.,**<br>     a corporation;<br><br>**JONATHAN EBORN,**<br>     Individually and as an officer of<br>     Infusion Media, Inc.,<br>     Two Warnings, LLC,<br>     Two Part Investments, LLC, and<br>     West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL<br><br>**ORDER TERMINATING RECEIVERSHIP AND DISCHARGING RECEIVER**<br><br>Judge: Gloria M. Navarro<br><br>[Submitted Electronically] |

| | |
|---|---|
| 1 | |
| 2 | **STEPHANIE BURNSIDE** |
| 3 | Individually and as an officer of Two Warnings, LLC, |
| 4 | Two Part Investments, LLC, and West Coast Internet Media, Inc.; |
| 5 | **MICHAEL McLAIN MILLER,** |
| 6 | Individually and as an officer of Infusion Media, Inc., |
| 7 | Two Warnings, LLC, and Two Part Investments, LLC; and |
| 8 | **TONY NORTON,** |
| 9 | Individually and as an officer of Platinum Teleservices, Inc., |
| 10 | |
| 11 | Defendants. |

On September 10, 2009, this Court entered its *Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other Equitable Relief* which, among other things, continued the appointment of Robert G. Wing as Receiver for the business entity defendants and their affiliates in this action. Having completed his work as directed by and approved by this Court, the Receiver now moves for an order terminating the Receivership and discharging him as Receiver.

The Court has considered the Motion and the record in this case, and hereby concludes and orders as follows:

1. Reasonable notice of the Motion has been provided to all interested parties.

2. The Receiver has acted in a reasonable, prudent, diligent and efficient manner.

-2-

3.     The Receiver has effectively and appropriately performed his duties as Receiver.

4.     The grounds for the receivership no longer exist.

**ACCORDINGLY IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.     The Motion is granted.

2.     The receivership imposed by this Court is hereby terminated and the Court approves and ratifies the actions of the Receiver during his administration of the Receivership estate.

3.     The Receiver, Robert G. Wing, is hereby discharged of all duties, responsibilities and obligations, and liabilities in connection with his administration of the receivership and the receivership estate. All persons and entities engaged and employed by the Receiver, are hereby a) released and absolved of and from any and all claims arising from the performance of their official duties or the administration of the receivership estate, including, but not limited to, any claim concerning or relating to the filing of any local, state or federal tax returns and b) forever discharged of any liability arising form or out of this receivership to any holder of any claims against or interests in the Receivership entities, or to any other party.

4.     The Receiver is authorized to maintain and/or destroy all records and personal property of the Receivership in consultation with the Federal Trade Commission.

-3-

5. The Receiver is authorized to transfer any funds remaining in the Receivership account to the FTC after the outstanding administrative expenses and authorized payments of the Receivership have been paid, all such transfers and payments to be made within seven (7) days of the entry of this Order.

6. To the extent any dispute arises concerning the Receiver's administration of the assets entrusted to him or to the extent that any person or entity seeks to pursue or assert any claim or action against the Receiver arising out of or related to his duties as Receiver in this case, this Court retains exclusive jurisdiction to hear and resolve any such disputes or claim.

**DATED** this 23rd day of October, 2012.

_____
Gloria M. Navarro
United States District Judge

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties whose names appear on the electronic mail notice list for this case.

I further certify that on the 19th day of October, 2012, I also caused a true and correct copy of the foregoing to be delivered by email and by First-Class Mail, postage prepaid, to each of the following:

>   Daniel O. Hanks
>   Kathleen Benway
>   Federal Trade Commission
>   600 Pennsylvania Avenue, N.W.
>   Washington, D.C. 20580
>   dhanks@ftc.gov
>   kbenway@ftc.gov

>   Matthew R. Lewis
>   David Z. Wiseman
>   Ray Quinney & Nebeker
>   36 S State St Ste 1400
>   Salt Lake City, Utah 84111
>   mlewis@rqn.com
>   zwiseman@rqn.com

                                                                                 /s/ Jonathon T. Tichy

## **CLERK'S CERTIFICATE**

The undersigned certifies that a copy of the foregoing Order was served on the following persons by mail or electronic mail on the     day of _____, 2012, addressed as follows:

Daniel O. Hanks
Kathleen Benway
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
dhanks@ftc.gov
kbenway@ftc.gov

Matthew R. Lewis
David Z. Wiseman
Ray Quinney & Nebeker
36 S State St Ste 1400
Salt Lake City, Utah 84111
mlewis@rqn.com
zwiseman@rqn.com

Robert G. Wing
Prince Yeates & Geldzahler, P.C.
15 West South Temple, Suite 1700
Salt Lake City, Utah  84101
rgw@princeyeates.com

_____