JONATHON T. TICHY (8692)
PRINCE YEATES & GELDZAHLER, P.C.
15 West South Temple, Suite 1700
Salt Lake City, Utah  84101
Telephone:  (801) 524-1000
Facsimile:  (801) 524-1098
Email: jtt@princeyeates.com

Attorneys for Receiver

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**INFUSION MEDIA, INC.,**<br>　　a corporation, also<br>　　d/b/a Google Money Tree,<br>　　Google Pro,<br>　　Internet Income Pro, and<br>　　Google Treasure Chest;<br><br>**WEST COAST INTERNET MEDIA, INC.,**<br>　　a corporation, also<br>　　d/b/a Google Money Tree,<br>　　Google Pro,<br>　　Internet Income Pro, and<br>　　Google Treasure Chest;<br><br>**TWO WARNINGS, LLC,**<br>　　a limited liability company;<br><br>**TWO PART INVESTMENTS, LLC,**<br>　　a limited liability company,<br><br>**PLATINUM TELESERVICES, INC.,**<br>　　a corporation;<br><br>**JONATHAN EBORN,**<br>　　Individually and as an officer of<br>　　Infusion Media, Inc.,<br>　　Two Warnings, LLC,<br>　　Two Part Investments, LLC, and<br>　　West Coast Internet Media, Inc.; | Case No. 2:09-cv-01112-GMN-LRL<br><br>**ORDER: (1) ACCEPTING AND APPROVING THE RECEIVER'S DECLARATION AND REPORT AND (2) AUTHORIZING PAYMENT OF FEES, COSTS, AND RECEIVERSHIP CLAIMS**<br><br>Judge: Gloria M. Navarro<br><br>[Submitted Electronically] |

**STEPHANIE BURNSIDE**
    Individually and as an officer of
    Two Warnings, LLC,
    Two Part Investments, LLC, and
    West Coast Internet Media, Inc.;

**MICHAEL McLAIN MILLER,**
    Individually and as an officer of
    Infusion Media, Inc.,
    Two Warnings, LLC, and
    Two Part Investments, LLC; and

**TONY NORTON,**
    Individually and as an officer of
    Platinum Teleservices, Inc.,

                  Defendants .

This matter came before the Court on the *Receiver's Declaration and Report and Motion for Authorization to Pay Fees, Costs, and Receivership Claims* filed October 19, 2012 (the "Declaration and Report"). In the Declaration and Report, Robert G. Wing, the duly-appointed Receiver of the business entity Defendants in this action, seeks entry of an order: (1) approving the Declaration and Report; (2) authorizing payment from the Receivership account of $11,247.40 to the Receiver and Prince, Yeates & Geldzahler ("Prince Yeates") and $4,248.38 to Rocky Mountain Advisory, LLC ("Rocky Mountain"), for services rendered and costs incurred from June 1, 2012 through October 19, 2012; and (3) authorizing payments from the Receivership account of $2,236.79 and $1,000.18 to the Utah State Tax Commission.

Having reviewed the Declaration and Report and the invoices of Prince Yeates and Rocky Mountain attached thereto, and determining that notice of the Declaration and

-2-

Report and this proposed Order were timely and properly served, that the fees and costs of the Receiver, Prince Yeates, and Rocky Mountain, were reasonably and necessarily incurred for the benefit of the receivership estate, that the tax claims identified in the Declaration and Report are valid, and for other good cause appearing, it is hereby

ORDERED that:

A. The Declaration and Report is accepted and approved.

B. Pursuant to paragraph C of the Court's *Order: (1) Accepting and Approving the Receiver's Final Declaration and Report; (2) Authorizing Transfer of Receivership Funds; and (3) Authorizing Payment of Fees and Costs*, the Receiver may pay, from the Receivership account:

1. $11,247.40 to the Receiver and Prince, Yeates & Geldzahler for services rendered and costs incurred from June 1, 2012, through October 19, 2012; and

2. $4,248.38 to Rocky Mountain Advisory, for services rendered and costs incurred from June 1, 2012, through October 19, 2012.

C. The Receiver may also pay, from the Receivership account, $2,236.79 and $1,000.18 to the Utah State Tax Commission to satisfy claims made by the Commission.

**DATED** this 23rd day of October, 2012.

_____
Gloria M. Navarro
United States District Judge

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties whose names appear on the electronic mail notice list for this case.

I further certify that on the 19th day of October, 2012, I also caused a true and correct copy of the foregoing to be delivered by email and by First-Class Mail, postage prepaid, to each of the following:

Daniel O. Hanks
Kathleen Benway
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
dhanks@ftc.gov
kbenway@ftc.gov

Matthew R. Lewis
David Z. Wiseman
Ray Quinney & Nebeker
36 S State St Ste 1400
Salt Lake City, Utah 84111
mlewis@rqn.com
zwiseman@rqn.com

       /s/ Jonathon T. Tichy

## **CLERK'S CERTIFICATE**

The undersigned certifies that a copy of the foregoing Order was served on the following persons by mail or electronic mail on the     day of _____, 2012, addressed as follows:

Daniel O. Hanks
Kathleen Benway
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
dhanks@ftc.gov
kbenway@ftc.gov

Matthew R. Lewis
David Z. Wiseman
Ray Quinney & Nebeker
36 S State St Ste 1400
Salt Lake City, Utah 84111
mlewis@rqn.com
zwiseman@rqn.com

Robert G. Wing
Prince Yeates & Geldzahler, P.C.
15 West South Temple, Suite 1700
Salt Lake City, Utah  84101
rgw@princeyeates.com

_____