BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223
MICHAEL J. DAVIS
mdavis@ftc.gov, (202) 326-2458
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Fax: (202) 326-2558

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,               )<br>                                                             )<br>            Plaintiff,                              )<br>                                                             )<br>            v.                                          )<br>                                                             )<br>INFUSION MEDIA, INC., *et al.*,         )<br>                                                             )<br>            Defendants.                        )<br>_____) | Case No. 2:09-cv-01112-GMN-VCF |

**THE FEDERAL TRADE COMMISSION'S MOTION TO ENTER**
**JUDGMENT HOLDING DEFENDANT JONATHAN EBORN**
**LIABLE FOR FULL MONETARY JUDGMENT**

Because of Defendant Jonathan Eborn's numerous material misrepresentations and omissions, the Final Order[1] requires a new modified judgment be entered against Eborn in the amount of $26,971,926.50, with interest accruing as of October 4, 2010. To settle the Federal Trade Commission's allegations in this matter, Eborn negotiated a suspended judgment that conditionally excused him from liability for the vast majority of the total consumer injury. This suspended judgment is conditioned on true and accurate sworn financial statements. Final Order

---

[1] Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief as to Infusion Media, Inc.; West Coast Internet Media, Inc.; Two Warnings, LLC; Two Part Investments, LLC; Platinum Teleservices, Inc.; Jonathan Eborn; Stephanie Burnside; Michael McLain Miller; and Tony Norton ("Final Order") (Dkt. 74).

1

1  § VIII.B.  As explained in the accompanying Memorandum of Points and Authorities, the
2  Federal Trade Commission now knows that Eborn omitted material information and made
3  material misrepresentations on those sworn financial statements, hiding at least $369,547.80
4  from the FTC and his wronged consumers.  Pursuant to Section VIII of the Final Order, Eborn,
5  therefore, is liable for the full amount of the remaining judgment plus interest.

DATED this 25th day of March 2014.

                                      Respectfully submitted,

                                      FEDERAL TRADE COMMISSION

                                      */s/ Benjamin J. Theisman*
                                      Benjamin J. Theisman
                                      Michael J. Davis
                                      Attorneys for the Federal Trade Commission

**PROOF OF SERVICE**

I, Benjamin J. Theisman, certify that on March 25th, 2014 I served the foregoing **THE FEDERAL TRADE COMMISSION'S MOTION TO ENTER JUDGMENT HOLDING DEFENDANT JONATHAN EBORN LIABLE FOR FULL MONETARY JUDGMENT** and accompanying (1) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE FEDERAL TRADE COMMISSION'S MOTION TO ENTER JUDGMENT HOLDING DEFENDANT JONATHAN EBORN LIABLE FOR FULL MONETARY JUDGMENT**, (2) **PROPOSED ORDER HOLDING DEFENDANT JONATHAN EBORN LIABLE FOR FULL MONETARY JUDGMENT**, (3) **PROPOSED JUDGMENT AGAINST JONATHAN EBORN**, and all supporting documents, on the following individuals by the methods indicated:

<u>By Electronic Case Filing:</u>

Jonathon T. Tichy
Robert G. Wing
Price, Yeates & Geldzahler
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
jtt@princeyeates.com
Attorneys for Receiver Robert G. Wing

Ogonna Atamoh
Richard F. Holley
Cotton Driggs Walch Holley, et al.
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
oatamoh@nevadafirm.com
rholley@nevadafirm.com
Attorneys for Defendants

<u>By Overnight Delivery and Electronic Mail:</u>

Brett Tolman
Eric Benson
Ray Quinney & Nebeker
36 South State Street
Suite 1400
Salt Lake City, UT 84111
btolman@rqn.com; ebenson@rqn.com
Attorneys for Defendants Jonathan Eborn and Stephanie Burnside

Phil Danielson
Danielson Law Group
12159 Business Park Dr., Suite 140
Draper, UT 84020
phil@danielsonlawgroup.com
Attorney for Defendant Tony Norton

Michael McLain Miller
272 Count Fleet Rd.
St. George, UT 84790
mclainmiller@yahoo.com

DATED this 25th day of March 2014.

/s/ Benjamin J. Theisman
Benjamin J. Theisman
Staff Attorney, Federal Trade Commission

4