Evan L. James, Esq. (NSB No. 7760)
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Fax: (702) 255-0871
E-mail:  elj@cjmlv.com

Brett L. Tolman, Esq. (USB No. 8821) *Admitted Pro Hac Vice (Pending)*
Eric G. Benson, Esq. (USB No. 10414) *Admitted Pro Hac Vice (Pending)*
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax: (801)-532-7540
E-mail: btolman@rqn.com
        ebenson@rqn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> INFUSION MEDIA, INC., *et al.*, <br><br> Defendants. | Case No. 2:09-cv-01112-GMN-VCF <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE** <br> **(First Request)** |

Having considered the Unopposed Motion for Extension of Time to File (First Request), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, LR 6-1, and good cause and extraordinary circumstances appearing,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time to File (First Request) is GRANTED.  Defendant Jonathan Eborn's deadline for responding to the Federal Trade Commission's Motion to Enter Judgment Holding Defendant Jonathan Eborn Liable for Full Monetary Judgment (Dkt. No. 133) is hereby extended seven (7) days to April 18,

///

///

1  2014 and the Federal Trade Commission's deadline for filing a reply is extended to fourteen (14)
2  days after service of Mr. Eborn's response.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:
CHRISTENSEN JAMES & MARTIN

**DATED:  04/24/2014**

/s/  Evan L. James
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Fax: (702) 255-0871
E-mail:  elj@cjmlv.com

2