Evan L. James (NSB No. 7760)
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
E-mail: elj@cjmlv.com

Brett L. Tolman (Pro Hac Vice Pending)
Eric G. Benson (Pro Hac Vice Pending)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
*Attorneys for Defendant Jonathan Eborn*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No. 2:09-cv-01112-GMN-VCF |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE HEARING** |
| vs. | |
| INFUSION MEDIA, INC., *et al.*, | |
| Defendants. | |

Defendant Jonathan Eborn ("Mr. Eborn") by and through the undersigned counsel, hereby moves this Court for a continuance of the hearing currently scheduled for May 15, 2014. This motion is based upon the fact that counsel for Mr. Eborn has a conflict and will be out of the United States on another matter during that week in May. This trip was arranged prior to counsel receiving notice of the hearing on May 15.

Counsel for the FTC, Benjamin Theisman, does not oppose this motion.

The parties have reviewed their schedules and propose that the Court re-set the hearing date to May 27, 2014.

RESPECTFULLY SUBMITTED this 28th day of April, 2014.

                CHRISTENSEN JAMES & MARTIN

                /s/ Evan L. James
                Evan L. James
                NSB No. 7760
                7440 W. Sahara Avenue
                Las Vegas, Nevada 89117
                Telephone: (702) 255-1718
                E-mail: elj@cjmlv.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th of April, 2014, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE HEARING with attached Proposed Order** with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Benjamin Theisman | Blaine T. Welsh |
| Daniel O. Hanks | U.S. ATTORNEY'S OFFICE |
| Kathleen Benway | DISTRICT OF NEVADA |
| Michael J. Davis | 333 Las Vegas Blvd. South |
| Katherine Johnson | Suite 5000 |
| FEDERAL TRADE COMMISSION | Las Vegas, NV 89101 |
| 600 Pennsylvania Avenue NW | Blaine.Welsh@usdoj.gov |
| Washington, D.C. 20580 | Attorney for Plaintiff |
| btheisman@ftc.gov | |
| dhanks@ftc.gov | Ogonna Atamoh |
| kbenway@ftc.gov | Richard F. Holley |
| mdavis@ftc.gov | COTTON DRIGGS WALCH |
| kjohnson3@ftc.gov | HOLLEY, ET AL. |
| Attorneys for Plaintiff | 400 S. Fourth Street |
| | Third Floor |
| | Las Vegas, NV 89101 |
| | oatamoh@nevadafirm.com |
| | rholley@nevadafirm.com |
| | Attorneys for Defendants |

/s/   Natalie Saville

3

Evan L. James (NSB No. 7760)
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
E-mail: elj@cjmlv.com

Brett L. Tolman (Pro Hac Vice Pending)
Eric G. Benson (Pro Hac Vice Pending)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
*Attorneys for Defendant Jonathan Eborn*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>INFUSION MEDIA, INC., *et al.*,<br><br>      Defendants. | Case No. 2:09-cv-01112-GMN-VCF<br><br>**ORDER CONTINUE HEARING** |

   Based upon the Unopposed Motion to Continue the Hearing of this matter and good cause appearing, it is hereby ordered:

   1.   The hearing currently scheduled for May 15, 2014 is hereby continued until May 27, 2014 at 11:00 AM.

   **IT IS SO ORDERED** this 29th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1  Submitted by:

2  CHRISTENSEN JAMES & MARTIN

3  /s/  Evan L. James
   Evan L. James
4  NSB No. 7760
   7440 W. Sahara Avenue
5  Las Vegas, Nevada 89117
   Telephone: (702) 255-1718
6  E-mail: elj@cjmlv.com