BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223
MICHAEL J. DAVIS
mdavis@ftc.gov, (202) 326-2458
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Fax: (202) 326-2558

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>INFUSION MEDIA, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:09-cv-01112-GMN-VCF |

**JUDGMENT AGAINST JONATHAN EBORN**

**IT IS HEREBY ORDERED,** that judgment is entered in favor of the Federal Trade Commission against Jonathan Eborn in the amount of $26,971,926.50. This amount is accruing interest from October 4, 2010, at the rate prescribed under 28 U.S.C. § 1961, as amended.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2014

1