BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223
MICHAEL J. DAVIS
mdavis@ftc.gov, (202) 326-2458
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Fax: (202) 326-2558

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INFUSION MEDIA, INC., *et al.*,<br><br>Defendants. | Case No. 2:09-cv-01112-GMN-VCF |

**ORDER HOLDING DEFENDANT JONATHAN EBORN LIABLE FOR FULL MONETARY JUDGMENT**

Having considered the Federal Trade Commission's Motion to Enter Judgment Holding Defendant Jonathan Eborn Liable for Full Monetary Judgment, the Court finds and rules as follows:

**WHEREAS,** the Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief as to Infusion Media, Inc.; West Coast Internet Media, Inc.; Two Warnings, LLC; Two Part Investments, LLC; Platinum Teleservices, Inc.; Jonathan Eborn; Stephanie Burnside; Michael McLain Miller; and Tony Norton ("Final Order"), D.E. 74, suspended a portion of the monetary judgment against Defendant Jonathan Eborn based on, among other things, true, accurate, and complete financial statements. Final Order § VIII.

**WHEREAS,** Eborn made material misrepresentations on and omitted material information from his financial statements, including the following: (1) failing to report at least $61,519 in cash; (2) misrepresenting his control over other businesses; (3) failing to accurately report his income or his assets parked with third parties, thus hiding at least $274,828.80; and (4) misrepresenting his real and personal property, including his failure to accurately report his residence and his acquisition of over $33,100 in personal property.

**WHEREAS,** the Final Order states that if any Defendant made any material misrepresentations or omissions on their financial statements, the Court, "without further adjudication, shall enter a modified judgment holding the offending Defendant(s) liable to the Commission in the amount of $29,497,320.57 for consumer redress, less any amounts turned over to the" Federal Trade Commission pursuant to Section VI of the Final Order. Final Order § VIII.B.

**WHEREAS,** pursuant to Section VI of the Final Order, the Defendants turned over to the Federal Trade Commission $2,525,394.07 in assets.

**IT IS HEREBY ORDERED,** that judgment be entered against Eborn in the amount of $26,971,926.50. This amount is accruing interest from October 4, 2010, at the rate prescribed under 28 U.S.C. § 1961, as amended.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: June 4, 2014