# SEALED

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INFUSION MEDIA, INC., *et al.*<br>**Defendants.** | Case No. 2:09-cv-01112-GMN-VCF<br><br>**FILED UNDER SEAL** |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Thomas J. Widor and Adam M. Wesolowski to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or

one of the assistants, be permitted to practice before this court during the period of such employment.

Thomas J. Widor and Adam M. Wesolowski are attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Widor is a member in good standing of the Bar of the District of Columbia (Bar No. 498308). Mr. Wesolowski is a member in good standing of the Bar of the State of Illinois (Bar No. 6314252).

The following information is provided to the Court:

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, DC 20580
Fax: (202) 326-3768

| Thomas J. Widor | Adam M. Wesolowski |
|---|---|
| twidor@ftc.gov | awesolowski@ftc.gov |
| (202) 326-3039 | (202) 326-3068 |

Accordingly, the United States respectfully requests that the Court admit Thomas J. Widor, and Adam M. Wesolowski to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 5th day of June 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/11/2014**

2