# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:09-cv-01112-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| INFUSION MEDIA, INC., et al. | ) |
| Defendants. | ) |

On June 13, 2014, this Court ordered that this entire case and docket be sealed until Plaintiff Federal Trade Commission gives the Court notice that all defendants have been served.

On June 27, 2014, Plaintiff Federal Trade Commission gave this Court notice that it has served the De Novo Defendants in the related case *Federal Trade Commission v. Philip Danielson, LLC,* Case No. 2:14-cv-00896-GMN-VCF.

Accordingly, upon receiving this notice,

**IT IS HEREBY ORDERED** that the Clerk of the Court **UNSEAL** this entire case.

**DATED** this 2nd day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court