# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:09-cv-1112-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| INFUSION MEDIA, INC.; *et al.*, | |
| Defendants. | |

Pending before the Court is the Federal Trade Commission's Motion to Hold Tony D. Norton; Philip J. Danielson; Philip Danielson, LLC; Foundation Business Solutions, LLC; Strata G. Solutions, LLC; and Direct Results Solutions, LLC in Contempt. (ECF No. 159). On December 29, 2014, the Court entered a Minute Order requiring that the parties named in the FTC's Motion file a Response on or before by January 14, 2015. (ECF No. 174). On January 8, 2015, the parties filed a Joint Motion to Extend Response Deadline, which stated that a settlement has been reached that completely resolves the issues set forth in the FTC's Contempt Motion. (ECF No. 175). This settlement is currently pending final approval by the FTC. (*Id.* at 2).

Due to the pending settlement, the parties request that the Court extend the response deadline to March 3, 2015. However, in light of the parties' representations that the pending settlement resolves all of the issues set forth in the FTC's Contempt Motion, and in order to maximize judicial economy, the Court finds it appropriate to deny the Contempt Motion without prejudice.[1] The Court will grant leave for the FTC to re-file this Motion, upon request,

---

[1] It is well established the Court has "the inherent authority to control its own docket and calendar" in order to promote the efficient administration of justice. *See, e.g.*, *Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000) (citing *Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936)).

if the settlement is not finalized as anticipated.

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Trade Commission's Motion to Hold Tony D. Norton; Philip J. Danielson; Philip Danielson, LLC; Foundation Business Solutions, LLC; Strata G. Solutions, LLC; and Direct Results Solutions, LLC in Contempt. (ECF No. 159), is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the Joint Motion to Extend Response Deadline (ECF No. 175), is **DENIED as moot**.

**DATED** this 13th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court