BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, CC-9528
Washington, DC 20580
Fax: (202) 326-3197

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) **2:09-CV-01112-GMN-VCF** |
| INFUSION MEDIA INC., *et al.*, | ) |
| Defendants, | ) **ORDER GRANTING WRIT OF CONTINUING GARNISHMENT AS TO GARNISHEE AMERICA FIRST CREDIT UNION AND JUDGMENT DEBTOR JONATHAN EBORN** |
| and | ) |
| AMERICA FIRST CREDIT UNION, | ) |
| Garnishee. | ) |

IT IS SO ORDERED:

The Court has determined that the requirements to a post-judgment garnishment writ have been met. The clerk is directed to issue the Writ of Continuing Garnishment.

Dated: September 21, 2015

_____
United States ~~District~~ Judge
Magistrate