BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, CC-9528
Washington, DC 20580
Fax: (202) 326-3197

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INFUSION MEDIA INC., *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>PR HOLDINGS LLC, )<br>)<br>Garnishee. )<br>_____ ) | **2:09-CV-01112-GMN-VCF**<br><br>**ORDER GRANTING WRIT OF CONTINUING GARNISHMENT AS TO GARNISHEE PR HOLDINGS LLC AND JUDGMENT DEBTOR JONATHAN EBORN** |

IT IS SO ORDERED:

The Court has determined that the requirements to a post-judgment garnishment writ have been met.  The clerk is directed to issue the Writ of Continuing Garnishment.

Dated:  September 21, 2015

_____
United States ~~District~~ Judge

Magistrate