BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, CC-9528
Washington, DC 20580
Fax: (202) 326-3197

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>INFUSION MEDIA INC., *et al.*,<br><br>         Defendants,<br><br>    and<br><br>UTAH PRO VIDEO LLC,<br><br>         Garnishee. | **2:09-CV-01112-GMN-VCF**<br><br>**ORDER GRANTING WRIT OF CONTINUING GARNISHMENT AS TO GARNISHEE UTAH PRO VIDEO LLC AND JUDGMENT DEBTOR JONATHAN EBORN** |

IT IS SO ORDERED:

The Court has determined that the requirements to a post-judgment garnishment writ have been met. The clerk is directed to issue the Writ of Continuing Garnishment.

Dated: September 21, 2015                      _____
                                                United States ~~District~~ Judge
                                                          Magistrate