BENJAMIN J. THEISMAN
btheisman@ftc.gov, (202) 326-2223, Fax: (202) 326-3197
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, CC-9528
Washington, DC 20580

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,         )
                                  )
        Plaintiff,                )
                                  )  Case No. 2:09-cv-01112-GMN-VCF
        v.                        )
                                  )
INFUSION MEDIA, INC., *et al.*,   )
                                  )
        Defendants.               )
_____   )

**[PROPOSED] OMNIBUS CHARGING ORDER**

Having considered the Federal Trade Commission's Motion for Omnibus Charging Order to Assist in the Collection of the Judgment Against Jonathan Eborn ("Eborn"), and finding good cause therefore, the Court *hereby orders*:

The membership and ownership interests of Eborn in One Blue Chair LLC, Utah Pro Video LLC, PR Holdings LLC, Capital Boost LLC, and Simple Defense LLC (collectively, the "Limited Liability Companies") are charged with payment of the remaining balance of the judgment entered against Jonathan Eborn, $26,971,926.50 plus interest from October 4, 2010, at the rate prescribed under 28 U.S.C. § 1961, as amended. *See* D.E. 156 & 157.

The judgment creditor, the Federal Trade Commission, is hereby vested with the rights of an assignee of Eborn's interests in the above-identified Limited Liability Companies.

All distributions or payments of any kind as a result of membership or ownership that would otherwise be made by the above-identified Limited Liability Companies to Eborn shall

1

1  instead be made to the Federal Trade Commission until the judgment in this matter is fully
2  satisfied.

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT~~ JUDGE

DATED:__Magistrate_____

September 21, 2015