# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>INFUSION MEDIA, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:09-cv-01112-GMN-VCF<br><br>**ORDER** |

Pending before the Court is the Motion for Disposition Orders for Outstanding Garnishments, (ECF No. 213), filed by Plaintiff Federal Trade Commission.  Defendants did not file any opposition, and the deadline to do so has passed.  Pursuant to Local Rule 7-2, the failure of an opposing party to file points and authorities in response to a motion constitutes consent to the granting of that motion.

Accordingly, and for good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Disposition Orders for Outstanding Garnishments is **GRANTED**.  The accompanying Disposition Orders are attached.


**DATED** this ____17____ day of March, 2017.


_____
Gloria M. Navarro, Chief Judge
United States District Judge

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,                )
                                         )
     Plaintiff,                        )
                                         )     Case No. 2:09-cv-01112-GMN-VCF
        v.                            )
                                         )
INFUSION MEDIA, INC., *et al.*,          )
                                         )
     Defendants,                       )
                                         )
    and                               )
                                         )
AMERICA FIRST CREDIT UNION,              )
                                         )
     Garnishee.                        )
_____)


## DISPOSITION ORDER AS TO GARNISHEE AMERICA FIRST CREDIT UNION

     WHEREAS on September 17, 2015 the Federal Trade Commission filed its application for a garnishment as to garnishee America First Credit Union to enforce the judgment entered against Jonathan Eborn on June 4, 2014.

     WHEREAS the Clerk of the Court, on order from this Court, entered the Writ of Continuing Garnishment as to America First Credit Union on September 21, 2015.

     WHEREAS America First Credit Union submitted an answer on October 7, 2015 identifying assets in its possession belonging to the debtor, Jonathan Eborn.

     WHEREAS the debtor, Jonathan Eborn, did not submit an objection or request a hearing to challenge the disposition of those assets.

     IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 3205(c)(7), America First Credit Union shall disburse to the Federal Trade Commission all assets which it is holding pursuant to the Writ of Continuing Garnishment.  America First Credit Union shall contact counsel for the Federal Trade Commission, Benjamin Theisman, at 202-326-2223 for instructions concerning the transfer of the assets.

     **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED:_____
              March 24, 2017

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:09-cv-01112-GMN-VCF |
| INFUSION MEDIA, INC., *et al*., | ) |
| Defendants, | ) |
| and | ) |
| BANK OF THE WEST, | ) |
| Garnishee. | ) |

_____

### DISPOSITION ORDER AS TO GARNISHEE BANK OF THE WEST

WHEREAS on September 17, 2015 the Federal Trade Commission filed its application for a garnishment as to garnishee Bank of the West to enforce the judgment entered against Jonathan Eborn on June 4, 2014.

WHEREAS the Clerk of the Court, on order from this Court, entered the Writ of Continuing Garnishment as to Bank of the West on September 21, 2015.

WHEREAS Bank of the West submitted an answer on October 13, 2015 identifying assets in its possession belonging to the debtor, Jonathan Eborn.

WHEREAS  the debtor, Jonathan Eborn, did not submit an objection or request a hearing to challenge the disposition of those assets.

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 3205(c)(7), Bank of the West shall disburse to the Federal Trade Commission all assets which it is holding pursuant to the Writ of Continuing Garnishment.  Bank of the West shall contact counsel for the Federal Trade Commission, Benjamin Theisman, at 202-326-2223 for instructions concerning the transfer of the assets.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED:_March 24, 2017_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:09-cv-01112-GMN-VCF |
| INFUSION MEDIA, INC., *et al*., | ) |
| Defendants, | ) |
| and | ) |
| ONE BLUE CHAIR LLC, | ) |
| Garnishee. | ) |

**DISPOSITION ORDER AS TO GARNISHEE ONE BLUE CHAIR LLC**

WHEREAS on September 17, 2015 the Federal Trade Commission filed its application for a garnishment as to garnishee One Blue Chair LLC to enforce the judgment entered against Jonathan Eborn on June 4, 2014.

WHEREAS the Clerk of the Court, on order from this Court, entered the Writ of Continuing Garnishment as to One Blue Chair LLC on September 21 2015.

WHEREAS One Blue Chair LLC filed an Answer on October 7, 2015, stating that the debtor Jonathan Eborn is an owner of One Blue Chair LLC and that One Blue Chair LLC may make payments to the debtor, Jonathan Eborn, in the future.

WHEREAS  the debtor, Jonathan Eborn, did not submit an objection or request a hearing to challenge the disposition of any assets held by or future payments made by One Blue Chair LLC.

IT IS HEREBY ORDERED:

A. One Blue Char LLC shall deliver any nonexempt disposable earnings, as defined in 28 U.S.C. § 3002(9), of Jonathan Eborn to the Federal Trade Commission.

B. One Blue Chair LLC shall deliver any dividends, capital distributions, or any other payments due as a result of Jonathan Eborn's ownership of One Blue Chair LLC to the Federal Trade Commission.

C. If One Blue Chair LLC comes into the possession of any property belonging or owed to Jonathan Eborn or in which Jonathan Eborn has a substantial non-exempt interest, other than the property described in paragraphs A. and B., it shall file an amended answer to the Writ of Continuing Garnishment to allow for the proper disposition of that property.

4

D.  One Blue Chair LLC shall contact counsel for the Federal Trade Commission, Benjamin

Theisman, at 202-326-2223, for instructions concerning the transfer of the assets.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATED:__March 24, 2017_____